## CULVERHOUSE v. STREUN et al.
### No. 6186.

Court of Appeal of Louisiana.
Second Circuit.

Feb. 4, 1941.

E. W. & P. N. Browne and G. M. Bodenheimer, all of Shreveport, for appellants.

Coleman & Morgan and Booth & Lockard, all of Shreveport, for appellee.

HAMITER, Judge.

The plaintiff herein was awarded $1,075 for the damages sustained by him in the accident described in Stevens v. Streun, 200 So. 182, this day decided by us. Of that amount $325 was for the damages that his truck experienced, and the balance

was for his physical and mental pain and suffering. The evidence supports this award; and for the reasons assigned in the opinion of the mentioned cause the judgment is affirmed.